UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:2:16-cv-14548-RLR

FRANCIS MARTINEZ,

     Plaintiff,

vs.

SUNSHINE ACQUISITION GROUP, LLC,
d/b/a ARBY'S #6273,

     Defendant(s).

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, FRANCIS MARTINEZ ("Plaintiff"), by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal of this Action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

1.     Defendant, SUNSHINE ACQUISITION GROUP, LLC, d/b/a ARBY'S #6273 ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2.     This case shall be dismissed against Defendant **with prejudice,** with each party bearing their own attorneys' fees and costs.

Dated January 10, 2017.          BY:   /s/ Jason S. Weiss
                                  Jason S. Weiss
                                  Jason@jswlawyer.com
                                  Florida Bar No. 356890
                                  Peter S. Leiner
                                  Peter@jswlawyer.com
                                  Florida Bar No. 104527
                                  **WEISS LAW GROUP, P.A.**
                                  5531 N. University Drive, Suite 103
                                  Coral Springs, FL 33067
                                  Tel: (954) 573-2800
                                  Fax: (954) 573-2798
                                  *Attorneys for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

BY:   /s/ Jason S. Weiss
       Jason S. Weiss
       Jason@jswlawyer.com
       Florida Bar No. 356890
       Peter S. Leiner
       Peter@jswlawyer.com
       Florida Bar No. 104527