## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 2:16-CV-14548-ROSENBERG/LYNCH

FRANCIS MARTINEZ,

      Plaintiff,

v.

SUNSHINE ACQUISITION GROUP, LLC
d/b/a ARBY'S #6273,

      Defendant.

_____/

### ORDER DISMISSING AND CLOSING CASE

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 8]. In light of the Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs.

2.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3.    All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this <u>10th</u> day of January, 2017.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record